No. 03–1113.  COLWELL *v.* COLLINS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–1115.  MALLOY *v.* TELEPHONICS CORP.  C. A. 3d Cir. Certiorari denied.

No. 03–1121.  TWIN LAKES DEVELOPMENT CORP. *v.* TOWN OF MONROE, NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 03–1122.  MERCER *v.* TEXAS.  Ct. App. Tex., 5th Dist. Certiorari denied.

No. 03–1123.  ARMENDARIZ *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 03–1124.  TENNESSEE *v.* MORAN GARCIA.  Sup. Ct. Tenn. Certiorari denied.

No. 03–1127.  VAN POYCK *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 03–1134.  HIGHWAY J CITIZENS GROUP, U. A. *v.* MINETA, SECRETARY OF TRANSPORTATION, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–1142.  GONZALEZ ET VIR *v.* METROPOLITAN TRANSPORTATION AUTHORITY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–1146.  SKIPPY INC. *v.* LIPTON INVESTMENTS, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–1148.  MCCOWN *v.* ST. JOHN'S HEALTH SYSTEM, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–1156.  CITIZENS FOR SAFER COMMUNITIES *v.* NORTON, SECRETARY OF THE INTERIOR, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 03–1168.  BATTLE *v.* POSTON, JUDGE, CIRCUIT COURT OF VIRGINIA, CITY OF NORFOLK, ET AL.  Sup. Ct. Va.  Certiorari denied.